IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOE RANGER PICKETT, | ) | |
| # 128361, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:15-CV-693-WKW |
| | ) | [WO] |
| ROBERT BENTLEY, Governor, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On September 24, 2015, the Magistrate Judge filed a Recommendation (Doc. # 3) to which Plaintiff filed an objection (Doc. # 4). Based upon an independent and *de novo* review of those portions of the Recommendation to which objection is made, *see* 28 U.S.C. § 636(b), it is ORDERED as follows:

(1) Plaintiff's objection (Doc. # 4) is OVERRULED;

(2) The Recommendation (Doc. # 3) is ADOPTED;

(3) Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. # 2) is DENIED.

(4) This action is DISMISSED without prejudice for Plaintiff's failure to pay filing and administrative fees upon his initiation of this case.

A separate final judgment will be entered.

DONE this 9th day of October, 2015.

                                       /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE